B1 (Official Form 1)(04/13)

## United States Bankruptcy Court
### District of Massachusetts

### Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PathoGenetix, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA U.S. Genomics, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**04-3411116** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12 Gill Street, Suite 3150**<br>**Woburn, MA**<br>ZIP Code **01801** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                           Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **PathoGenetix, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

■ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**PathoGenetix, Inc.**

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Thomas O. Bean**
Signature of Attorney for Debtor(s)

**Thomas O. Bean 548072**
Printed Name of Attorney for Debtor(s)

**Verrill Dana, LLP**
Firm Name

**One Boston Place**
**Suite 1600**
**Boston, MA 02108-4407**

Address

**617-309-2600  Fax: 617-309-2601**
Telephone Number

**July 22, 2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Manuel Bougoulas**
Signature of Authorized Individual

**Manuel Bougoulas**
Printed Name of Authorized Individual

**Corporate Controller**
Title of Authorized Individual

**July 22, 2014**
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court

### District of Massachusetts

In re   **PathoGenetix, Inc.**                                                Case No.

                                            Debtor(s)          Chapter      **7**

## Exhibit "C" to Voluntary Petition

     1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

     **The B-2 ("wet") laboratories at leased space (12 Gill Street, Suite 3150, Woburn, MA 01801)**

     2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

     **The following must be cleaned and sanitized: all leasehold improvements (i.e. glass washer, autoclaves, clean room etc.), all cabinetry (inside and outside), countertops, walls, ceilings, floors, casework, and all other surfaces, all mechanical and HVAC equipment, including any rooftop improvements, ductwork, diffusers, return air grilles, filters, make-up air units, exhauset fans, hoods, plumbing lines and fixtures, drains, septic systems (if any), and all acid neutralization, pH adjustment, and other wastewater treatment tanks, piping, and equipment.  (Note:  The landlord requested that the lid should be left off of any acid neutralization tank(s) after chip removal and final tank cleaning has been completed.  Replacement chips must be supplied by your firm, and placed next to, not in the tanks.  Chemicals related to any active pH adjustment systems must be removed, and containers and piping must be cleaned.  All sink traps and fume hood baffles must be removed, inspected, cleaned and reinstalled.  All biosafety cabinets must be recertified and the HDPA filters decontaminated.)**

     **Also, Lab waste needs to be properly disposed of by certified vendor.**

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Massachusetts

In re    **PathoGenetix, Inc.**                                        ,     Case No. _____

                                                  Debtor             Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 13 | 3,461,336.31 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 33,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 336,967.35 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 1,049,780.11 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 3,461,336.31 | | |
| Total Liabilities | | | | 1,419,747.46 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Massachusetts

In re    **PathoGenetix, Inc.** _____,     Case No. _____

                                  Debtor

                                           Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **PathoGenetix, Inc.** ,                                        Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **PathoGenetix, Inc.**                                   ,       Case No. _____

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking and savings accounts**<br>**Silicon Valley Bank**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054**<br><br>**Checking Account #3300097024**<br>**Payroll Clearnign Account #3300426401** | - | 10,962.15 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Cummings Properties**<br>**200 West Cummings Park**<br>**Woburn, MA 01801** | - | 35,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **D & O Insurance (3-year tail)**<br>**Chubb Group Insurance Companies**<br>**82 Hopmeadow Street**<br>**Simsbury, CT 06070-7683** | - | **Unknown** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                   Sub-Total >     **45,962.15**

(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **PathoGenetix, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Genomic Forfeiture Account in the amount of $23,910.17 US Genomic Pathogenetix, Inc. 401(k) Plan ENV#K1003708 K1 244525 A Fidelity Brokerage Services LLC 900 Salem Street Smithfield, RI  02917** | **-** | **Unknown** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Delta Dental of MA 465 Medford Street Boston, MA  02129-1454** | **-** | **665.40** |
| | | **Harvard Pilgrim Health Care P.O. Box 970050 Boston, MA  02297-0050** | **-** | **2,504.56** |
| | | **Wolf Greenfield & Sacks, P.C. 600 Atlantic Avenue Boston, MA  02210-2206** | **-** | **1,085.00** |
| | | **One Beacon Insurance P.O. Box 371311 Pittsburgh, PA  15250-7311 (2013/2014 workers compensation reconciliation)** | **-** | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >    **4,254.96**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **PathoGenetix, Inc.**                                                ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Contingent claim for rent mitigation damages** **12 Gill Street,** **Woburn, MA  01801** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **See Exhibit A** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Licenses from Life Technologies in the field of microbial genome mapping:** **C0989.70008US00 (Methods and products for analyzing polymers)** **C0989.70016US00 (Methods and products for analyzing polymers)** **C0989.70046US (Methods and products for analyzing polymers)** **C0989.70012US00 (Methods of analyzing polymers using ordered label strategies)** **C0989.70013US00 (Molecular motors)** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **PathoGenetix, Inc.**                             ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Purchase price** <br> **See Exhibit B (Furniture & Fixtures)** <br> **12 Gill Street** <br> **Woburn, MA  01801** | - | **168,817.44** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Purchase price** <br> **See Exhibit B (Laboratory, Engineering/Computer Equipment)** <br> **12 Gill Street** <br> **Woburn, MA  01801** | - | **1,802,301.76** |
| 30. Inventory. | | **Estimate of value** <br> **General Lab Supplies & Parts** <br> **12 Gill Street** <br> **Woburn, MA  01801** | - | **200,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Resolution Instruments (5) - Estimated value ($1,000,000.00)** <br> **G-Scans (6) - Estimated value ($120,000.00)** <br> **Roz (3) - Estimated value ($60,000.00)** <br> **Mini Roz (3) - Estimated value ($60,000.00)** | - | **1,240,000.00** |

Sub-Total >     **3,411,119.20**

(Total of this page)

Total >     **3,461,336.31**

Sheet   <u>3</u>   of   <u>3</u>   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)



PATHOGENETIX, INC. PATENT PORTFOLIO SUMMARY
May 6, 2014

The PathoGenetix, Inc. patent portfolio includes patents and/or patent applications directed to devices, systems and methods for sample collection, preparation and manipulation, sample analysis including signal detection, and data manipulation.

SAMPLE COLLECTION/PREPARATION SYSTEMS AND METHODS:

*Off-Chip*

| WG Ref. No. (Title) | Status | Serial No/ Publication No. | Expiry Date | Inventors | Subject Matter |
|---|---|---|---|---|---|
| C0989.70077US01 (Methods for Isolation of Nucleic Acids from Prokaryotic Spores) | Granted Patent US 7888011 | 11/253051 US-2006-0204978 | 01/26/2027 | T. Nilsen N. Goncalves | Non-mechanical methods for harvesting high molecular weight (e.g., at least 30 kb) nucleic acids (e.g., chemical/enzymatic means) |
| C0989.70095US03 (Reaction Chamber) | Pending Application (Under Prioritized Examination) | 12/448800 US-2010-0120101 | 01/08/2028 (Estimated, no PTA included) | V. Patil E. Mollova R. Gilmanshin | Conical reaction chamber with top and side ports for positioning targets and separating targets from reagents in solution, and methods of use |
| C0989.70103US01 (Focusing Chamber) | Granted Patent US 8361716 | 12/573758 US-2010-0112576 | 10/05/2029 | V. Patil | Methods of using a conical reaction chamber to position and/or concentrate targets in a liquid sample using reverse flow |
| C0989.70103US02 (Focusing Chamber) | Pending Application | 13/747924 US-2013-0266935 | 10/05/2029 (Estimated, no PTA included) | V. Patil | Methods of using a conical reaction chamber to position and/or concentrate targets in a liquid sample using reverse flow |
| C0989.70108US02 (Device for Preparing a Sample) | Granted Patent US 8685708 | 13/862081 US-2013-0288234 | 4/12/2033 (Estimated, no PTA included) | J. Harris A. West D. Ten Broeck E. Protozanova | New reaction chamber design |
| C0989.70108WO00 | Pending PCT | PCT/US2013/037140 WO 2013/158860 | | | PCT combining 70108, 70109, 70110 and 70111. |

- 1 -

| WG Ref. No. (Title) | Status | Serial No./ Publication No. | Expiry Date | Inventors | Subject Matter |
|---|---|---|---|---|---|
| C0989.70108US03 (Device for Preparing a Sample) | Pending Application (Under Prioritized Examination) | 14/162051 | | J. Harris A. West D. Ten Broeck E. Protozanova | New reaction chamber design |
| C0989.70112US01 (Methods and Devices for Biological Sample Preparation) | Pending Application (Under Prioritized Examination) | 14/208140 | | E. Protozanova M. Nair D. Ten Broeck J. Symonds | Sample prep protocols |
| C0989.70112WO00 (Methods and Devices for Biological Sample Preparation) | Pending PCT | PCT/US2014/025312 | | E. Protozanova M. Nair D. Ten Broeck J. Symonds | Sample prep protocols |

*On-Chip*

| WG Ref. No. | Status | Serial No./ Publication No. | Expiry Date | Inventors | Subject Matter |
|---|---|---|---|---|---|
| C0989.70030US00 (Methods and Apparatuses for Stretching Polymers) | Granted Patent US 6696022 | 09/636793 N/A | 03/08/2021 | E. Chan L. Gleich P. Wellman | Apparatus having a tapered channel elongation structure on a chip (used to stretch polymers e.g., nucleic acids) |
| C0989.70030US01 (Methods and Apparatuses for Stretching Polymers) | Granted Patent US 8518705 | 10/775599 US-2004-0166025 | 02/11/2025 | E. Chan L. Gleich P. Wellman | Apparatus having a tapered channel/multiple side channels elongation structure on a chip (used to stretch polymers e.g., nucleic acids) |
| C0989.70076US01 (Systems and Methods for Measurement Optimization) | Granted Patent US 7262859 | 11/250179 US-2006-0160209 | 12/27/2025 | J. Larson G. Yantz G. Seward D. Johnson J. Krogmeier | Chip having microfluidic channel, illuminator and concave reflector(s) with focal point at detection zone(s), and methods of use |

| WG Ref. No. | Status | Serial No./ Publication No. | Expiry Date | Inventors | Subject Matter |
|---|---|---|---|---|---|
| C0989.70106US03 (Method and System for Transferring and/or Concentrating a Sample) | Pending Application | 13/406783 US-2013-0000738 | 2/28/2032 (Estimated, no PTA included) | J. Krogmeier S. Shaikh | Improved polymer-based membranes and configurations for use as concentrators on chips |
| C0989.70107US02 (Interface for Microfluidic Chip) | Pending Application | 14/206264 | | R. Meltzer J. Griffis | An interface for providing fluid and electrical energy to a microfluidic chip |
| C0989.70107WO00 (Interface for Microfluidic Chip) | Pending PCT | PCT/US2014/024263 | | R. Meltzer J. Griffis | An interface for providing fluid and electrical energy to a microfluidic chip |
| C0989.70111US02 (Selection of Single Nucleic Acids Based on Optical Signature) | Pending Application | 13/865526 US-2014-0011686 | 4/18/2033 (Estimated, no PTA included) | R. Gilmanshin | Microbiome identification |
| C0989.70110US02 (Intercalation Methods and Devices) | Pending Application | 13/865505 US-2013-0295686 | 04/18/2033 (Estimated, no PTA included) | D. Meltzer J. Griffis | Intercalation on chip |
| C0989.70109US02 (Device for Stretching a Polymer in a Fluid Sample) | Pending Application (Under Prioritized Examination) | 13/862129 US-2013-0309780 | 4/12/2033 (Estimated, no PTA included) | D. Meltzer J. Griffis | New funnel design |

- 3 -

**SIGNAL DETECTION/ANALYSIS SYSTEMS:**

| WG Ref. No. | Status | Serial No./ Publication No. | Expiry Date | Inventors | Subject Matter |
|---|---|---|---|---|---|
| C0989.70011US00 (Optically Characterizing Polymers) | Granted Patent US 6790671 | 09/373822 N/A | 08/13/2019 | R. Austin J. Tegenfeldt E. Chan | System having optical source, microchannel, polymer alignment station, polymer/optical radiation interaction station, optical detector and processor, and method of use |
| C0989.70032US00 (Methods of Analyzing Polymers using a Spatial Network of Fluorophores and Fluorescence Resonance Energy Transfer) | Granted Patent US 6772070 | 09/783930 US-2001-0014850 | 11/11/2020 | R. Gilmanshin E. Chan | System for linear analysis of polymers with at least two labels, having a CPU, input and output device, memory, bus, and memory with module that calculates an autocorrelation function; Computer program with code for calculating an autocorrelation function |
| C0989.70039US01 (Systems and Methods for Detecting and Analyzing Polymers) | Granted Patent US 7351538 | 11/210155 US-2006-0078915 | 08/23/2025 | M. Fuchs J. Harris R. Meyer | Detection systems for polymers having at least three distinct fluorophores, having at least three different radiation sources (e.g., lasers), excitation zone, detector, and dichroic mirror to separate emission signals from each fluorophore, arranged so that (a) emission signal maxima are separated from each other by at least 60 nm, or (b) no overlap between emission signals when used at 70% normalized intensity; Detection system having at least four lasers defined by particular excitation maxima for detecting at least four distinct fluorophores defined by emission maxima, and methods of use |
| C0989.70039US02 (Systems and Methods for Detecting and Analyzing Polymers) | Granted Patent US 7402422 | 11/448411 US-2006-0228747 | 10/25/2025 | M. Fuchs J. Harris R. Meyer | System with detection zone, emitter, mirror to separate emission signals, and wide field detector to receive multiple emission signals on spatially separate regions of its surface, and method of use |

- 4 -

SIGNAL DETECTION/ANALYSIS METHODS:

| WG Ref. No. | Status | Serial No./ Publication No. | Expiry Date | Inventors | Subject Matter |
|---|---|---|---|---|---|
| C0989.70029US00 (Methods of Analyzing Polymers Using a Spatial Network of Fluorophones and Fluorescence Resonance Energy Transfer) | Granted Patent US 6263286 | 09/374902 N/A | 08/13/2019 | R. Gilmanshin E. Chan | Linear analysis methods using an autocorrelation function (using multiple signals from each of multiple polymers) |
| C0989.70031US00 (Single Molecule Velocity Determination from Time of Flight) | Granted Patent US 6762059 | 09/783472 US-2002-0081744 | 04/16/2021 | E. Chan L. Gleich P. Wellman | Linear analysis methods for determining velocity and length of a polymer |
| C0989.70017US00[1] (Methods and Apparatus for Characterization of Single Polymers) | Granted Patent US 6927065 | 09/875779 US-2002-0039737 | 04/17/2022 | E. Chan L. Gleich P. Wellman | Linear analysis methods for determining velocity and length of a polymer, and distance between markers on a polymer |
| C0989.70037US00 (High Resolution Linear Analysis of Polymers) | Granted Patent US 8423294 | 10/762207 US-2004-0235014 | 3/22/2027 | M. Nadel E. Chan M. Fuchs R. Gilmanshin | Methods for determining position and distance between labels on a polymer with greater resolution using binning method |

[1] Corresponding patents in UK, DE and FR (EP 1402245).

| WG Ref. No. | Status | Serial No./Publication No. | Expiry Date | Inventors | Subject Matter |
|---|---|---|---|---|---|
| C0989.70102US05 (Methods for Data Manipulation Relating to Polymer Linear Analysis) | Pending Application | 14/270671 | 02/28/2032 (Estimated, no PTA included) | D. Cameron G. Malkin N. Chennagiri S. Fridrikh E. Protozanova | Methods for sorting, manipulating, and comparing data sets (e.g., against data sets of known or unknown identity) |
| C0989.70008US00[2,3] (Methods and Products for Analyzing Polymers) | Granted Patent US 6355420 | 09/134411 N/A | 02/11/2018 | E. Chan | Methods and apparati for analyzing polymers by moving individual units of polymer past an energy source and detecting signals sequentially |
| C0989.70010US00[4] (Methods and Products for Analyzing Polymers) | Granted Patent US 8168380 | 09/852968 US-2002-0119455 | 02/11/2018 | E. Chan | Methods for detecting nucleic acids or non-FRET signals from nucleic acids while moving nucleic acid relative to electromagnetic radiation |
| C0989.70016US[5] (Methods and Products for Analyzing Polymers) | Pending Application | 14/034407 | 02/11/2018 (Estimated, no PTA included) | E. Chan | |
| C0989.70012US00[6] (Methods of Analyzing Polymers Using Ordered Label Strategies) | Granted Patent US 6403311 | 09/374415 | 02/11/2018 | E. Chan | Methods for determining order of unit specific markers on a polymer; Methods of analyzing or sequencing a polymer |
| C0989.70013US00[7] (Molecular Motors) | Granted Patent US 6210896 | 09/374414 N/A | 08/13/2019 | E. Chan | Methods for analyzing a polymer using a molecular motor that moves the polymer past an energy source; Articles comprising molecular motors that are tethered or that include an energy source |

- 6 -

[2] Licensed from Life Technologies in the field of microbial genome mapping.
[3] Corresponding patents in UK, DE and FR (EP 1009802), and JP (JP 3935509).
[4] Licensed from Life Technologies in the field of microbial genome mapping.
[5] Licensed from Life Technologies in the field of microbial genome mapping.
[6] Licensed from Life Technologies in the field of microbial genome mapping.
[7] Licensed from Life Technologies in the field of microbial genome mapping.

**DMA:**

| WG Ref. No. | Status | Serial No./ Publication No. | Expiry Date | Inventors | Subject Matter |
|---|---|---|---|---|---|
| C0989.70049US00 (Methods and Apparati Using Single Polymer Analysis) | Granted Patent US 7371520 | 10/448264 US-2004-0009612 | 10/02/2023 | X. Zhao J. Randall B. Kundu I. Kesty S. Gullans E. Chan M. Fuchs | Methods for detecting single nucleic acid using diffraction-limited detection spot and coincidence detection, limited by concentration sample, and flow-through rate; Methods for detecting single nucleic acid using coincidence detection following chemical or enzymatic cleavage of nucleic acids |
| C0989.70049US01 (Methods and Apparati Using Single Polymer Analysis) | Granted Patent US 7282330 | 10/773084 US-2005-0112595 | 07/01/2023 | X. Zhao J. Randall B. Kundu I. Kesty S. Gullans E. Chan M. Fuchs J. Rooke | Methods for detecting mutant nucleic acids using wild type and mutant specific probes and coincidence detection |

**SIQUMB/ANTIBODY-BASED BARCODING:**

| WG Ref. No. Title | Status | Serial No./ Publication No. | Expiry Date | Inventors | Subject Matter |
|---|---|---|---|---|---|
| C0989.70064US01 (Detection and Quantification of Analytes in Solution Using Polymers) | Granted Patent US 7977048 | 11/035417 US-2005-0153354 | 01/13/2025 | R. Gilmanshin | Method for detecting analytes using SIQUMB |
| C0989.70087US01 (Analyte Detection Using Barcoded Polymers) | Granted Patent US 7595160 | 11/364856 US-2009-0215032 | 01/13/2025 | E. White R. Gilmanshin | Nucleic acid segments and composites used for SIQUMB; Methods for detecting analytes using SIQUMB nucleic acid composites; Methods for synthesizing SIQUMB nucleic acid segments and composites |

- 7 -

**MISC:**

| WG Ref. No. Title | Status | | Expiry Date | Inventors | Subject Matter |
|---|---|---|---|---|---|
| C0989.70089US01 (Heterogeneous Assay of Analytes in Solution Using Polymers) | Pending Application | 12/084542 US-2010-0035247 | 11/06/2026 (Estimated, no PTA included) | R. Burton | Solid support based detection of analytes using sandwich assay (e.g., immunoassay) with secondary binding partner (e.g., secondary antibody) labeled with a polymer (e.g., a nucleic acid), and determining identity of polymer as a surrogate for identity of analyte |

| WG Ref. No. Title | Status | | Expiry Date | Inventors | Subject Matter |
|---|---|---|---|---|---|
| U1173.70000US00 (Interface for Microfluidic Chip) | Granted Patent US 8163480 | 11/544293 Filed 10/05/06 | 10/05/2026 | D. Huang C. Strom S. Potts J. Rooke | |
| U1173.70000US01 (Interface for Microfluidic Chip) | Granted Patent US 8697399 | 12/444361 Filed 03/11/10 US-2010-0167284 | 10/05/2026 (Estimated, no PTA included) | D. Huang C. Strom S. Potts J. Rooke | |

- 8 -



## Summary of Capital Assets
## June 30, 2014

| | Purchase Price |
|---|---|
| Lab & Engineering Equipment | 868,150.47 |
| Lab & Engineering Equipment - Diagnostics | 57,783.65 |
| Lab & Engineering Equipment - HSARPA | 341,823.37 |
| Total Lab & Engineering Equipment | 1,267,757.49 |
| | |
| Furniture & Fixtures | 168,817.44 |
| | |
| Computer Equipment | 512,095.18 |
| Computer Equipment - Diagnostics | 8,220.90 |
| Computer Equipment - HSARPA | 14,228.19 |
| Total Computer Equipment | 534,544.27 |
| | |
| **Grand Total** | **1,971,119.19** |

7/22/2014

B6D (Official Form 6D) (12/07)

In re    **PathoGenetix, Inc.** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | July 16, 2014 | | | | | |
| **HealthCare Ventures VI, L.P.** 44 Nassau Street Princeton, NJ 08542 | - | | Secured Promissory Note All assets | | | | | |
| | | | Value $            **Unknown** | | | | **33,000.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | **33,000.00** | **0.00** |
| | | | Total (Report on Summary of Schedules) | | | | **33,000.00** | **0.00** |

B6E (Official Form 6E) (4/13)

In re   **PathoGenetix, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **PathoGenetix, Inc.**                                                            ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Four Months severance and benefits | | | | | |
| Bougoulas, Manuel Corporate Controller 29 Hampshire Street Sudbury, MA 01776 | - | | | | | | | 50,514.47 |
| | | | | | | | 62,989.47 | 12,475.00 |
| Account No. | | | Three month severance and benefits | | | | | |
| Czajka, John VP of Business Development 16 Bramble Lane West Grove, PA 19390 | - | | | | | | | 44,958.94 |
| | | | | | | | 57,433.94 | 12,475.00 |
| Account No. | | | Three months severance and benefits | | | | | |
| Luckey, John VP of Engineering 170 Mill Road Chelmsford, MA 01824 | - | | | | | | | 41,208.94 |
| | | | | | | | 53,683.94 | 12,475.00 |
| Account No. | | | Six months severance and benefits | | | | | |
| Merrifield, Ann President & CEO 48 West Cedar Street Boston, MA 02114 | - | | | | | | | 150,385.00 |
| | | | | | | | 162,860.00 | 12,475.00 |
| Account No. | | | | | | | | |

Sheet _**1**_ of _**2**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 287,067.35 |
| (Total of this page) | 336,967.35 | 49,900.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **PathoGenetix, Inc.**                                                                  , Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Massachusetts Department of Revenue Bankruptcy Unit P.O. Box 9564 Boston, MA 02114-9564 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Pennsylvania Department of Revenue P.O. Box 280427 Harrisburg, PA 17128-0427 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 336,967.35 | 287,067.35 / 49,900.00 |

B6F (Official Form 6F) (12/07)

In re   **PathoGenetix, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **3M** <br> **3M Center, 225-3Q-51** <br> **Saint Paul, MN 55144** | - | | 04/03/2014 | | | | 150.09 |
| Account No. <br><br> **Alpha Graphics** <br> **130 New Boston Street #104** <br> **Woburn, MA 01801** | - | | 05/08/2014 | | | | 607.00 |
| Account No. <br><br> **Atlantic Industrial Models** <br> **7 Essex Park Road** <br> **Essex, MA 01929** | - | | 04 - 05/2014 | | | | 3,237.00 |
| Account No. <br><br> **Belmont Springs** <br> **P.O. Box 660579** <br> **Dallas, TX 75266-0579** | - | | 04 - 06/2014 | | | | 330.62 |

| | | |
|---|---|---|
| __13__  continuation sheets attached | Subtotal <br> (Total of this page) | 4,324.71 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **PathoGenetix, Inc.**                                           ,       Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2012 and 2013 Reconciliation | | | | |
| **Benefit Strategies LLC** **P.O. Box 1660** **Manchester, NH 03105** | - | | | | | | | 1,975.28 |
| Account No. | | | | 05/31/2014 | | | | |
| **BioAdvantage Consulting** **792 Montee du Boulard** **Orlienas 69530 FRANCE** | - | | | | | | | 5,451.60 |
| Account No. | | | | 05/13/2014 | | | | |
| **Boston Atlantic Corporation** **7 Harris Court** **Worcester, MA 01610** | - | | | | | | | 301.28 |
| Account No. | | | | 03/12/2014 | | | | |
| **Campden BRI** **Station Road - GL55 6LD** **Chipping Campden, Gloucestershire, UK** | - | | | | | | | 1,700.42 |
| Account No. **xxx6945** | | | | 04/04/2014 | | | | |
| **CDW Computer** **200 N. Milwaukee Avenue** **Vernon Hills, IL 60061** | - | | | | | | | 609.07 |

Sheet no. __1__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **10,037.65**

B6F (Official Form 6F) (12/07) - Cont.

In re **PathoGenetix, Inc.**                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Channing, Stacey**<br>**6 Hearthstone Place**<br>**Andover, MA 01810** | - | | 06/11/2014 | | | | 352.50 |
| Account No.<br><br>**Cintas**<br>**P.O. Box 630803**<br>**Cincinnati, OH 45263** | - | | 07/2014 | | | | 509.50 |
| Account No.<br><br>**Citrix Online**<br>**File 50264**<br>**Los Angeles, CA 90074-0264** | - | | 06/04/2014 | | | | 125.95 |
| Account No.<br><br>**Comcast**<br>**P.O. Box 1577**<br>**Newark, NJ 07101-1577** | - | | 07 - 08/2014 | | | | 137.66 |
| Account No.<br><br>**Cooley Godward Kronish LLP**<br>**101 California Street, 5th Floor**<br>**San Francisco, CA 94111-5800** | - | | 03 - 06/2014 | | | | 6,655.93 |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,781.54

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **PathoGenetix, Inc.**                                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Lease at 12 Gill Street, Woburn, MA (judgment) | | | | |
| **Cummings Properties** **200 West Cummings Park** **Woburn, MA 01801** | - | | | | | | | X | |
| | | | | | | | | | 704,945.32 |
| Account No. | | | | | 03/31/2014 | | | | |
| **Deluxe Business Checks** **P.O. Box 742572** **Cincinnati, OH 45274** | - | | | | | | | | |
| | | | | | | | | | 421.80 |
| Account No.  **xx6291** | | | | | 04/2014 | | | | |
| **Digi-Key Corp.** **701 Brooks Avenue South** **Thief River Falls, MN 56701** | - | | | | | | | | |
| | | | | | | | | | 435.14 |
| Account No. | | | | | 03/18/2014 | | | | |
| **Eagle Stainless Tubes and Fabrication** **10 Discovery Way** **Franklin, MA 02038** | - | | | | | | | | |
| | | | | | | | | | 1,816.50 |
| Account No. | | | | | | | | | |
| **RMS** **4836 Brecksville Road** **Richfield, OH 44286** | | | | | **Representing:** **Eagle Stainless Tubes and Fabrication** | | | | **Notice Only** |

Sheet no. __3___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

707,618.76

B6F (Official Form 6F) (12/07) - Cont.

In re   **PathoGenetix, Inc.**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FedEx**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250-7461** | - | | 05 - 07/2014 | | | | 2,694.82 |
| Account No.<br><br>**First Cut Prototype**<br>**5540 Pioneer Creek Drive**<br>**Maple Plain, MN 55359** | - | | 03/28/2014 | | | | 1,116.98 |
| Account No. **xxxxx5-001**<br><br>**Fisher Scientific**<br>**P.O. Box 3648**<br>**Boston, MA 02241-3648** | - | | 03 - 06/2014 | | | | 6,091.99 |
| Account No.<br><br>**Full Spectrum, Inc.**<br>**225 Turnpike Road**<br>**Southborough, MA 01772** | - | | 03 - 05/2014 | | | | 14,735.95 |
| Account No. **xx/2014**<br><br>**H.W. St. John Co.**<br>**292 North Central Avenue**<br>**Valley Stream, NY 11580** | - | | | | | | 3,777.19 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,416.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **PathoGenetix, Inc.** ,                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx8080** <br><br> **Hamilton Company** <br> **4970 Energy Way** <br> **Reno, NV 89502** | - | | | 03/21/2014 | | | | 215.00 |
| Account No. <br><br> **Hawkins, Mary** <br> **1957 Prosper Road** <br> **Woodstock, VT 05091** | - | | | 03 - 05/2014 | | | | 12,960.00 |
| Account No. <br><br> **IDEXX Health & Science** <br> **600 Park Court** <br> **Rohnert Park, CA 94928** | - | | | 04 - 05/2014 | | | | 2,187.25 |
| Account No. <br><br> **Infinite Conferencing** <br> **100 Morris Avenue #302** <br> **Springfield, NJ 07081** | - | | | 03; 05/2014 | | | | 51.55 |
| Account No. <br><br> **Invitrogen Corp. / Life Technologies** <br> **12088 Collections Center Drive** <br> **Chicago, IL 60693** | - | | | 03 - 04/2014 | | | | 3,287.40 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,701.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **PathoGenetix, Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Inzight Consulting LLC**<br>**Doug Pearl**<br>**59 Crowninshield Road**<br>**Brookline, MA 02446** | - | | 06/2014 | | | | 12,240.00 |
| Account No.<br><br>**J.M. Service Co. LLC**<br>**P.O. Box 850369**<br>**Braintree, MA 02185** | - | | 03 - 04/2014 | | | | 2,082.00 |
| Account No. **xxx4539**<br><br>**KNF Neuberger, Inc.**<br>**2 Black Forest Road**<br>**Trenton, NJ 08691** | - | | 04 - 05/2014 | | | | 597.56 |
| Account No.<br><br>**Mathworks**<br>**3 Apple Hill Drive**<br>**Natick, MA 01760** | - | | 04/08/2014 | | | | 882.00 |
| Account No.<br><br>**MC2E**<br>**Mark Carter**<br>**6542-A Lower York Road #203**<br>**New Hope, PA 18938** | - | | 05/05/2014 | | | | 2,625.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,426.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **PathoGenetix, Inc.** ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2000**<br><br>**McMaster-Carr Supply Co.**<br>**200 New Canton Way**<br>**Robbinsville, NJ 08691** | - | | 04/2014 | | | | 249.13 |
| Account No.<br><br>**MP Barth Photography & Design**<br>**48 Grove Street**<br>**Lexington, MA 02420** | - | | 04 - 05/2014 | | | | 3,370.00 |
| Account No.<br><br>**New England Biolabs, Inc.**<br>**P.O. Box 3933**<br>**Boston, MA 02241-3933** | - | | 03/17/2014 | | | | 4,624.00 |
| Account No.<br><br>**NSTAR Electric**<br>**P.O. Box 660369**<br>**Dallas, TX 75266-0369** | - | | 05 - 06/2014 | | | | 1,379.61 |
| Account No.<br><br>**One Beacon Insurance**<br>**P.O. Box 371311**<br>**Pittsburgh, PA 15250-7311** | - | | 2013/2014<br>Workers compensation reconciliation | | | | Unknown |

Sheet no. _7_ of _13_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,622.74

B6F (Official Form 6F) (12/07) - Cont.

In re **PathoGenetix, Inc.** ,                              Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 06/2014 WC Insurance; Bus Insurance | | | | |
| OneBeacon Insurance P.O. Box 371311 Pittsburgh, PA 15250-7311 | - | | | | | | |
| | | | | | | | 12,505.50 |
| Account No. | | | 04/02/2014 | | | | |
| OPR Systems 235 Andover Street Wilmington, MA 01887 | - | | | | | | |
| | | | | | | | 15.00 |
| Account No. | | | 06 - 07/2014 | | | | |
| OX Communications 14239 Collections Center  Drive Chicago, IL 60693 | - | | | | | | |
| | | | | | | | 1,584.56 |
| Account No. | | | 04 - 06/2014 | | | | |
| Pitney Bowes P.O. Box 371896 Pittsburgh, PA 15250 | - | | | | | | |
| | | | | | | | 215.38 |
| Account No. | | | 04/08/2014 | | | | |
| PNA Bio, Inc. 5189 Via Capote #102 Thousand Oaks, CA 91320 | - | | | | | | |
| | | | | | | | 24,441.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,761.44

B6F (Official Form 6F) (12/07) - Cont.

In re   **PathoGenetix, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Qioptiq Photonics, Ltd.**<br>**Mitchell Point, Ensign Way**<br>**Hamble, Hants, SO31 4RF, UK** | - | | 04/2014 | | | | 46,582.00 |
| Account No.  <br><br>**Sagentia**<br>**Harston Mill**<br>**Harston, Cambridge, CB22 7GG, UK** | - | | 06/16/2014 | | | | 5,360.71 |
| Account No.  <br><br>**Schwartz, Brooke**<br>**11 Bay Forrest Place**<br>**Oakland, CA 94611** | - | | 04 - 06/2014 | | | | 22,679.92 |
| Account No.  <br><br>**Shon's Scientific Refrigerant**<br>**202 Milton Street #101**<br>**Dedham, MA 02026** | - | | 04/01/2014 | | | | 688.19 |
| Account No.  **xxxx1637**<br><br>**Sigma-Aldrich, Inc.**<br>**3050 Spruce Street**<br>**Saint Louis, MO 63103** | - | | 03 - 04/2014 | | | | 3,689.80 |

Sheet no. __**9**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,000.62

B6F (Official Form 6F) (12/07) - Cont.

In re  **PathoGenetix, Inc.** ,                           Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 05 - 06/2014 | | | | |
| Sparton Medical 22740 Lunn Road Strongsville, OH 44149 | - | | | | | | | 6,311.00 |
| Account No. | | | | 03 - 06/2014 | | | | |
| Stericycle, Inc. P.O. Box 6582 Carol Stream, IL 60197-6582 | - | | | | | | | 441.46 |
| Account No. | | | | 2014 Royalties-Q2 | | | | |
| Thermo Fisher Scientific Life Technologies Corp. 5791 Van Allen Way Carlsbad, CA 92008 | - | | | | | | | 5,700.00 |
| Account No. | | | | Minimum material purchases | | | | |
| Thermo Fisher Scientific Life Technologies Corp. 5791 Van Allen Way Carlsbad, CA 92008 | - | | | | | | | 30,000.00 |
| Account No. | | | | 03 - 04/2014 | | | | |
| Triumvirate Environmental, Inc. P.O. Box 3682 Boston, MA 02241-3682 | - | | | | | | | 2,004.50 |

Sheet no. __10__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,456.96

B6F (Official Form 6F) (12/07) - Cont.

In re   **PathoGenetix, Inc.** ,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 03 - 06/2014 | | | | |
| Uline 220 S Lakeside Drive Waukegan, IL 60085 | | - | | | | | | 827.51 |
| Account No. | | | | 04/11/2014 | | | | |
| University of Pennsylvania Veterinary Hospital - Microbiology Lab 3850 Spruce Street, Room 41006 Philadelphia, PA 19104 | | - | | | | | | 3,840.00 |
| Account No. | | | | 06/2014 | | | | |
| Unum Life Insurance Co. of America P.O. BOx 403748 Atlanta, GA 30384-3748 | | - | | | | | | 1,889.39 |
| Account No. | | | | 04 - 05/2014 | | | | |
| UPS Freight P.O. Box 7247-024 Philadelphia, PA 19170-0001 | | - | | | | | | 1,755.48 |
| Account No. | | | | 04/17/2014 | | | | |
| UPS Supply Chain Solutions 28013 Network Place Chicago, IL 60673-1280 | | - | | | | | | 20.29 |

Sheet no. __11__ of __13__ sheets attached to Schedule of   Subtotal
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)   8,332.67

B6F (Official Form 6F) (12/07) - Cont.

In re  **PathoGenetix, Inc.** ,                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 03/26/2014 | | | | |
| USA Scientific, Inc. P.O. Box 30000 Ocala, FL 34478 | - | | | | | | | | 941.89 |
| Account No. | | | | | 04 - 05/2014 | | | | |
| Veolia Environmental Services 398 Cedar Hill Street Marlborough, MA 01752 | - | | | | | | | | 2,687.76 |
| Account No. | | | | | 05 - 07/2014 | | | | |
| Verizon Wireless P.O. Box 4003 Acworth, GA 30101 | - | | | | | | | | 104.25 |
| Account No. **xxx2830** | | | | | 04/2014 | | | | |
| VWR International 2039 Center Square Road Pittsburgh, PA 15264 | - | | | | | | | | 475.73 |
| Account No. | | | | | 03 - 05/2014 | | | | |
| Waltham Pest Control 97A Cambridge Street Burlington, MA 01803 | - | | | | | | | | 270.00 |

Sheet no. __**12**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,479.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **PathoGenetix, Inc.**                                              ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 03 - 04/2014 | | | | |
| **WB Mason Company, Inc.** **59 Centre Street** **Brockton, MA 02303** | - | | | | | | 753.57 |
| Account No. | | | 03/2014; 06/2014 **Personal Property Tax** | | | | |
| **Woburn, City of** **P.O. Box 227** **Woburn, MA 01801-0327** | - | | | | | | 8,018.98 |
| Account No. | | | 04 - 06/2014 | | | | |
| **Wolf Greenfield & Sacks, P.C.** **600 Atlantic Avenue** **Boston, MA 02210** | - | | | | | | 60,270.15 |
| Account No. | | | 04/2014; 06/2014 | | | | |
| **Worldwide Medical Products, Inc.** **2521 Kuser Road** **Hamilton, NJ 08691** | - | | | | | | 776.00 |
| Account No. | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 69,818.70 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,049,780.11 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **PathoGenetix, Inc.**                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Cummings Properties**<br>**200 West Cummings Park**<br>**Woburn, MA 01801** | **Commercial lease as 12 Gill Street, Woburn, MA; Suites 3150 & 3850.  Landlord obtained judgment on July 7, 2014.** |
| **Extra Space Storage**<br>**15 Olympia Avenue**<br>**Woburn, MA 01801** | **Storage unit for old laboratory equipment.  30 day terms.** |
| **FDA**<br>**5630 Fishers Lane**<br>**Room 219 HFA-500**<br>**Rockville, MD 20857** | **9 months operating lease plus reagent kit sales** |
| **MRI Global**<br>**425 Volker Boulevard**<br>**Oak Street Entrance**<br>**Kansas City, MO 64110** | **Instrument support and reagent kit sales** |
| **Public Storage**<br>**420 Washington Street**<br>**Woburn, MA 01801** | **Storage unit for accounting and payroll records, lab notebooks, and corporate files.  30 day terms.** |
| **Thermo Fisher Scientific**<br>**Life Technologies Corp.**<br>**29851 Willo Creek Road**<br>**Eugene, OR 97402** | **Executory contract**<br>**Acct#**<br>**Opened 2011 - 2013**<br>**Minimum Buys** |
| **Thermo Fisher Scientific**<br>**  Life Technologies**<br>**License Mgmt. and Contract Compliance**<br>**5791 Van Allen Way**<br>**Carlsbad, CA 92008** | **C0989.70008US00 (Methods and products for analyzing polymers)**<br>**C0989.70016US00 (Methods and products for analyzing polymers)**<br>**C0989.70046US (Methods and products for analyzing polymers)**<br>**C0989.70012US00 (Methods of analyzing polymers using ordered label strategies)**<br>**C0989.70013US00 (Molecular motors)** |

**0**
____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **PathoGenetix, Inc.**                                                                    ,                Case No. _____
                                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re    **PathoGenetix, Inc.**

Debtor(s)

Case No.
Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Corporate Controller of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  __36__  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 22, 2014**

Signature    **/s/ Manuel Bougoulas**

**Manuel Bougoulas**
**Corporate Controller**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Massachusetts

In re  **PathoGenetix, Inc.**

Case No. _____

Debtor(s)

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $190,000.00 | **MRI Global - Instrument Sale 2014** |
| $80,000.00 | **MRI Global - Reagent Kits - 2014** |
| $49,002.00 | **FDA - Operation Lease - 2014** |
| $15,000.00 | **FDA - Reagent Kits - 2014** |
| $2,013.00 | **MRI lobal - Data Analysis - 2013** |
| $0.00 | **2012** |

B7 (Official Form 7) (04/13)
2

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT
**$8,147.00**

SOURCE
**FDA Operating Lease Payments; 3 months remaining**

## 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Fidelity Brokerage Services LLC 900 Salem Street Smithfield, RI 02917** | **04/21/2014; 05/05/2014; 05/20/2014; 06/18/2014; 07/02/2014** | **$50,712.25** | **$0.00** |
| **Schwartz, Brooke 11 Bay Forest Place Oakland, CA 94611** | **05/05/2014** | **$14,633.71** | **$22,679.92** |
| **Wolf, Greenfield & Sacks, P.C. 600 Atlantic Avenue Boston, MA 02210** | **05/12/2014** | **$19,853.62** | **$60,270.15** |
| **Inzight Consulting LLC 59 Crownshield Road Brookline, MA 02446** | **05/19/2014; 06/02/2014** | **$22,304.00** | **$12,240.00** |
| **Harvard Pilgrim Health Care P.O. Box 970050 Boston, MA 02297-0050** | **05/12/2014; 06/24/2014** | **$20,663.58** | **$0.00** |
| **Bougoulas, Manuel 29 Hampshire Street Sudbury, MA 01776** | **07/02/2014** | **$9,840.33** | **$62,989.47** |
| **Cameron, Douglas 4 Alberdeen Road Wellesley, MA 02482** | **07/02/2014** | **$10,086.38** | **$0.00** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Gilmanshin, Rudolf**<br>**18 Goodnow Lane**<br>**Framingham, MA 01702** | **07/02/2014** | **$13,027.10** | **$0.00** |
| **Merrifield, Ann**<br>**48 West Cedar Street**<br>**Boston, MA 02114** | **07/02/2014** | **$13,854.87** | **$162,860.00** |

None
■
c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cummings Property LLC v. PathoGenetix, Inc.,**<br>**Docket No. 1453-SU-0214** | **Summary Process - Eviction** | **Massachusetts District Court, Woburn Division** | **Judgment entered** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Verrill Dana LLP** | **04/23/2014** | **$15,000.00** |
| **One Boston Place** | **07/03/2014** | **$7,000.00** |
| **Suite 1600** | **07/18/2014** | **$5,500.00** |
| **Boston, MA 02108-4407** | | |

### 10. Other transfers

| None ■ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

| None ■ | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Pitney Bowes**<br>**P.O. Box 371896**<br>**Pittsburgh, PA 15250** | **Postage machine** | **12 Gill Street, Suite 3150**<br>**Woburn, MA  01801** |
| **Fidelity Brokerage Services LLC**<br>**900 Salem Street**<br>**Smithfield, RI 02917** | **401(k) Plan** | |

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Manuel Bougoulas**<br>**29 Hampshire Street**<br>**Sudbury, MA 01776** | **2011 - 2014** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Manuel Bougoulas** | **29 Hampshire Street**<br>**Sudbury, MA 01776** |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)
8

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Healthcare Ventures VI, L.P.**<br>**Augustine Lawlor, Director**<br>**44 Nassau Street**<br>**Princeton, NJ 08542** | **Shareholder** | **12,867 Common Shares**<br>**1,700,311 Share Preferreed Stock**<br>**27.2% Ownership** |
| **Phoenix Life Insurance Company**<br>**Paul Chute, CFA, Director**<br>**One American Row**<br>**Hartford, CT 06102-5056** | **Shareholder** | **12,346 Common Shares**<br>**665,661 Preferred Stock Shares**<br>**10.8% Ownership** |
| **Excel Medical Fund, L.P.**<br>**Steven Gullans, Director**<br>**800 Boylston Street, Suite 2815**<br>**Boston, MA 02199** | **Shareholder** | **52,027 Common Shares**<br>**1,700,311 Preferred Stock Shares**<br>**27.8% Ownership** |
| **Ascension Health Venture II, LLC**<br>**101 South Hanley Road, Suite 200**<br>**Clayton, MO 63105** | **Shareholder** | **25,285 Common Shares**<br>**1,836,355 Preferred Stock Shares**<br>**29.6% Ownership** |
| **Rick Blume**<br>**Excel Medical Fund, L.P.**<br>**800 Boylston Street, Suite 2825**<br>**Boston, MA 02199** | **Director** | |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Ann Merrifield**<br>**48 West Cedar Street**<br>**Boston, MA 02114** | **President and CEO** | **July 2, 2014** |
| **Tara Butler**<br>**Ascension Health Ventures II,LLC**<br>**101 South Hanley Road, Suite 200**<br>**Clayton, MO 63105** | **Director** | **July 2, 2014** |
| **Enrice Petrillo**<br>**CB Healthcare Fund, L.P.**<br>**800 Boylston Street, Suite 1585**<br>**Boston, MA 02199** | **Director** | **Late 2013** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
9

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
      group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date   **July 22, 2014**                          Signature   **/s/ Manuel Bougoulas**
                                                              **Manuel Bougoulas**
                                                              **Corporate Controller**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Massachusetts

In re    **PathoGenetix, Inc.**                             Case No.

                                   Debtor(s)       Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Corporate Controller of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 22, 2014**                          **/s/ Manuel Bougoulas**

                                                **Manuel Bougoulas/Corporate Controller**
                                                Signer/Title

3M
3M Center, 225-3Q-51
Saint Paul, MN 55144

Alpha Graphics
130 New Boston Street #104
Woburn, MA 01801

Atlantic Industrial Models
7 Essex Park Road
Essex, MA 01929

Belmont Springs
P.O. Box 660579
Dallas, TX 75266-0579

Benefit Strategies LLC
P.O. Box 1660
Manchester, NH 03105

BioAdvantage Consulting
792 Montee du Boulard
Orlienas 69530 FRANCE

Boston Atlantic Corporation
7 Harris Court
Worcester, MA 01610

Bougoulas, Manuel
Corporate Controller
29 Hampshire Street
Sudbury, MA 01776

Campden BRI
Station Road - GL55 6LD
Chipping Campden, Gloucestershire, UK

CDW Computer
200 N. Milwaukee Avenue
Vernon Hills, IL 60061

Channing, Stacey
6 Hearthstone Place
Andover, MA 01810

Cintas
P.O. Box 630803
Cincinnati, OH 45263

Citrix Online
File 50264
Los Angeles, CA 90074-0264

Comcast
P.O. Box 1577
Newark, NJ 07101-1577

Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Cummings Properties
200 West Cummings Park
Woburn, MA 01801

Czajka, John
VP of Business Development
16 Bramble Lane
West Grove, PA 19390

Deluxe Business Checks
P.O. Box 742572
Cincinnati, OH 45274

Digi-Key Corp.
701 Brooks Avenue South
Thief River Falls, MN 56701

Eagle Stainless Tubes and Fabrication
10 Discovery Way
Franklin, MA 02038

Extra Space Storage
15 Olympia Avenue
Woburn, MA 01801

FDA
5630 Fishers Lane
Room 219 HFA-500
Rockville, MD 20857

FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

First Cut Prototype
5540 Pioneer Creek Drive
Maple Plain, MN 55359

Fisher Scientific
P.O. Box 3648
Boston, MA 02241-3648

Full Spectrum, Inc.
225 Turnpike Road
Southborough, MA 01772

H.W. St. John Co.
292 North Central Avenue
Valley Stream, NY 11580

Hamilton Company
4970 Energy Way
Reno, NV 89502

Hawkins, Mary
1957 Prosper Road
Woodstock, VT 05091

HealthCare Ventures VI, L.P.
44 Nassau Street
Princeton, NJ 08542

IDEXX Health & Science
600 Park Court
Rohnert Park, CA 94928

Infinite Conferencing
100 Morris Avenue #302
Springfield, NJ 07081

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Invitrogen Corp. / Life Technologies
12088 Collections Center Drive
Chicago, IL 60693

Inzight Consulting LLC
Doug Pearl
59 Crowninshield Road
Brookline, MA 02446

J.M. Service Co. LLC
P.O. Box 850369
Braintree, MA 02185

KNF Neuberger, Inc.
2 Black Forest Road
Trenton, NJ 08691

Luckey, John
VP of Engineering
170 Mill Road
Chelmsford, MA 01824

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Mathworks
3 Apple Hill Drive
Natick, MA 01760

MC2E
Mark Carter
6542-A Lower York Road #203
New Hope, PA 18938

McMaster-Carr Supply Co.
200 New Canton Way
Robbinsville, NJ 08691

Merrifield, Ann
President & CEO
48 West Cedar Street
Boston, MA 02114

MP Barth Photography & Design
48 Grove Street
Lexington, MA 02420

MRI Global
425 Volker Boulevard
Oak Street Entrance
Kansas City, MO 64110

New England Biolabs, Inc.
P.O. Box 3933
Boston, MA 02241-3933

NSTAR Electric
P.O. Box 660369
Dallas, TX 75266-0369

One Beacon Insurance
P.O. Box 371311
Pittsburgh, PA 15250-7311

OneBeacon Insurance
P.O. Box 371311
Pittsburgh, PA 15250-7311

OPR Systems
235 Andover Street
Wilmington, MA 01887

OX Communications
14239 Collections Center  Drive
Chicago, IL 60693

Pennsylvania Department of Revenue
P.O. Box 280427
Harrisburg, PA 17128-0427

Pitney Bowes
P.O. Box 371896
Pittsburgh, PA 15250

PNA Bio, Inc.
5189 Via Capote #102
Thousand Oaks, CA 91320

Public Storage
420 Washington Street
Woburn, MA 01801

Qioptiz Photonics, Ltd.
Mitchell Point, Ensign Way
Hamble, Hants, SO31 4RF, UK

RMS
4836 Brecksville Road
Richfield, OH 44286

Sagentia
Harston Mill
Harston, Cambridge, CB22 7GG, UK

Schwartz, Brooke
11 Bay Forrest Place
Oakland, CA 94611

Shon's Scientific Refrigerant
202 Milton Street #101
Dedham, MA 02026

Sigma-Aldrich, Inc.
3050 Spruce Street
Saint Louis, MO 63103

Sparton Medical
22740 Lunn Road
Strongsville, OH 44149

Stericycle, Inc.
P.O. Box 6582
Carol Stream, IL 60197-6582

Thermo Fisher Scientific
Life Technologies Corp.
5791 Van Allen Way
Carlsbad, CA 92008

Thermo Fisher Scientific
  Life Technologies Corp.
5791 Van Allen Way
Carlsbad, CA 92008

Thermo Fisher Scientific
Life Technologies Corp.
29851 Willo Creek Road
Eugene, OR 97402

Thermo Fisher Scientific
  Life Technologies
License Mgmt. and Contract Compliance
5791 Van Allen Way
Carlsbad, CA 92008

Triumvirate Environmental, Inc.
P.O. Box 3682
Boston, MA 02241-3682

Uline
220 S Lakeside Drive
Waukegan, IL 60085

University of Pennsylvania
Veterinary Hospital - Microbiology Lab
3850 Spruce Street, Room 41006
Philadelphia, PA 19104

Unum Life Insurance Co. of America
P.O. BOx 403748
Atlanta, GA 30384-3748

UPS Freight
P.O. Box 7247-024
Philadelphia, PA 19170-0001

UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280

USA Scientific, Inc.
P.O. Box 30000
Ocala, FL 34478

Veolia Environmental Services
398 Cedar Hill Street
Marlborough, MA 01752

Verizon Wireless
P.O. Box 4003
Acworth, GA 30101

VWR International
2039 Center Square Road
Pittsburgh, PA 15264

Waltham Pest Control
97A Cambridge Street
Burlington, MA 01803

WB Mason Company, Inc.
59 Centre Street
Brockton, MA 02303

Woburn, City of
P.O. Box 227
Woburn, MA 01801-0327

Wolf Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

Worldwide Medical Products, Inc.
2521 Kuser Road
Hamilton, NJ 08691

# United States Bankruptcy Court
## District of Massachusetts

In re  **PathoGenetix, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **PathoGenetix, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests under FRBP 7007.1:

**Ascension Health Venture II, LLC**
**101 South Hanley Road, Suite 200**
**Clayton, MO 63105**

**Excel Medical Fund, L.P.**
**800 Boylston Street, Suite 2815**
**Boston, MA 02199**

**Healthcare Ventures VI, L.P.**
**44 Nassau Street**
**Princeton, NJ 08542**

**Phoenix Life Insurance Company**
**One American Row**
**Hartford, CT 06102-5056**

☐ None [*Check if applicable*]

**July 22, 2014**

Date

**/s/ Thomas O. Bean (Upon information and belief)**

**Thomas O. Bean 548072**

Signature of Attorney or Litigant

Counsel for   **PathoGenetix, Inc.**

**Verrill Dana, LLP**
**One Boston Place**
**Suite 1600**
**Boston, MA 02108-4407**
**617-309-2600 Fax:617-309-2601**